COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Lenin Saldado Lopez v. The State of Texas

Appellate case number:    01-13-01079-CR

Trial court case number:  1403196

Trial court:              228th District Court of Harris County

On March 3, 2014, counsel for Lenin Lopez filed a Motion to Reset the Briefing Schedule Until Record is Complete. The motion is **GRANTED**.

It is further **ORDERED** that the District Clerk file with this Court by April 14, 2014, at no cost to appellant, a supplemental clerk's record containing any documentation related to the March 3, 2014 hearing on Lopez' Motion for New Trial. *See* TEX. R. APP. P. 35.2.

It is further **ORDERED** that the Court Reporter file with this Court by April 14, 2014, at no cost to appellant, a supplemental reporter's record of the March 3, 2014 hearing on Motion for New Trial, or notification that such a record was not taken. *See* TEX. R. APP. P. 35.2.

Appellant's brief is **ORDERED** filed with this Court within 30 days after the later of the date the clerk's record is filed or the date the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed within 30 days after the date the appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
            X  Acting individually    ☐ Acting for the Court

Date:  March 6, 2014